**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: September 7, 2016**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| *In re*: | : | |
| | : | Case No. 15-57113 |
| MIDWEST QUALITY BEDDING, INC., | : | Chapter 11 |
| | : | Judge Hoffman |
| *Debtor*. | : | |

**ORDER SETTING HEARING ON APPROVAL OF THE
DISCLOSURE STATEMENT AND NOTICE THEREOF**

This matter is before the Court on the proposed disclosure statement (Doc. 134) (the "Disclosure Statement") and the proposed plan of reorganization (Doc. 133) (the "Plan"), filed by the Debtor on August 29, 2016. It is hereby **ORDERED** and **NOTICE** is hereby given, that:

1. A hearing on approval of the Disclosure Statement shall be held on **October 19, 2016** at **2:00 p.m.** before the Hon. John E. Hoffman, Jr., in Courtroom A, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio. For cause shown, the hearing may be continued from time to time by order made in open court without further notice.

2. Objections to the Disclosure Statement shall be filed with the Court and served on the Debtor and the United States Trustee by no later than **4:00 p.m. on October 12, 2016**.

      3.      The Debtor shall mail a copy of this order and notice to all creditors and parties in interest in this case by **September 12, 2016**.  **Further**, **by September 12, 2016**, the Debtor shall mail a copy of the Disclosure Statement and the Plan, pursuant to Federal Rule of Bankruptcy Procedure 3017, to the Securities and Exchange Commission, any party in interest who has requested in writing a copy of the Disclosure Statement and/or the Plan, and the United States Trustee.  **Further**, **by September 12, 2016**, the Debtor shall file a certificate of service evidencing compliance with the requirements of this paragraph.

      4.      Requests for copies of the Disclosure Statement and the Plan should be directed to the attorney for the proponent of the Plan:  Matthew J. Thompson, Nobile & Thompson Co., L.P.A., 4876 Cemetery Road, Hilliard, Ohio 43026.

      **IT IS SO ORDERED**.

Copies to:

Debtor to send a copy of this order to all creditors and parties in interest.

                                                      # # #