**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: December 29, 2016**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| *In re*: | : | |
| | : | Case No. 15-57113 |
| MIDWEST QUALITY BEDDING, INC., | : | Chapter 11 |
| | : | Judge Hoffman |
| *Debtor*. | : | |

### ORDER SETTING STATUS CONFERENCE

This matter is before the Court sua sponte, pursuant to 11 U.S.C. § 105(d), for the setting of a status conference. The Court hereby **ORDERS** that the Debtor, Debtor's counsel and a representative from the Office of the United States Trustee shall appear on **February 7, 2017 at 10:00 a.m.** in Courtroom A, United States Bankruptcy Court, 170 N. High Street, Columbus, Ohio, for a status conference.

**IT IS SO ORDERED.**

Copies to:

All Creditors and Parties in Interest

# # #