## Profit & Loss
### January through December 2016

|                                          | Jan - Dec 16 |
|------------------------------------------|-------------:|
| **Ordinary Income/Expense**              |             |
| **Income**                               |             |
| 4000 · Retail Sales                      | 1,455,484.96 |
| 4001 · Wholesale Revenue                 | 299.90 |
| 4002 · Delivery Income                   | 15,593.41 |
| 4009 · Discount                          | -6,414.41 |
| 4010 · Cash Over/Short                   | 95.01 |
| **Total Income**                         | 1,465,058.87 |
| **Cost of Goods Sold**                   |             |
| 50000 · Retail Cost of Goods Sold        | 793,724.13 |
| **Total COGS**                           | 793,724.13 |
| **Gross Profit**                         | 671,334.74 |
| **Expense**                              |             |
| 6000 · Wages                             | 217,603.79 |
| 6002 · Payroll Taxes                     | 19,630.44 |
| 6005 · BWC Expense                       | -4,838.92 |
| 6006 · Advertising                       | 4,950.00 |
| 6010 · Dues & Subscriptions              | 3,000.00 |
| 6012 · Gasoline                          | 835.90 |
| 6016 · Chapter 11 Trustee Fees           | 16,575.00 |
| 6018 · Travel                            | 2,400.00 |
| 6020 · Meals & Entertainment             | 156.38 |
| 6026 · Insurance - Business              | 4,854.97 |
| 6028 · Interest Expense                  | 3,884.65 |
| 6032 · Legal Services                    | 11,483.00 |
| 6040 · Merchant Fees                     | 28,457.03 |
| 6042 · Office Supplies                   | 2,617.33 |
| 6044 · Maintenance                       | 7,575.88 |
| 6048 · Utilities                         | 16,675.62 |
| 6049 · Telephone Expense                 | 9,677.84 |
| 6052 · Rent                              | 284,329.15 |
| 6054 · Payroll Services                  | 3,679.94 |
| 6058 · Accounting Services               | 3,658.00 |
| 6060 · Other Taxes                       | 7,671.10 |
| 6062 · Contract Labor                    | 4,575.50 |
| 6063 · Miscellaneous expense             | -280.48 |
| **Total Expense**                        | 649,174.12 |
| **Net Ordinary Income**                  | 22,160.62 |
| **Other Income/Expense**                 |             |
| **Other Income**                         |             |
| 7003 · Discounts Taken                   | 203.78 |
| 7005 · Miscellaneous Income              | 64.74 |
| **Total Other Income**                   | 268.52 |
| **Net Other Income**                     | 268.52 |
| **Net Income**                           | 22,429.14 |

AM
1/17
ual Basis

## Profit & Loss
### December 2016

|  | Dec 16 |
| --- | --- |
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Retail Sales | 103,662.05 |
| 4002 · Delivery Income | 1,104.00 |
| 4009 · Discount | -787.20 |
| 4010 · Cash Over/Short | -0.01 |
| **Total Income** | 103,978.84 |
| **Cost of Goods Sold** | |
| 50000 · Retail Cost of Goods Sold | 59,943.78 |
| **Total COGS** | 59,943.78 |
| **Gross Profit** | 44,035.06 |
| **Expense** | |
| 6000 · Wages | 9,615.38 |
| 6002 · Payroll Taxes | 735.58 |
| 6006 · Advertising | 450.00 |
| 6010 · Dues & Subscriptions | 250.00 |
| 6012 · Gasoline | 170.51 |
| 6028 · Interest Expense | 333.42 |
| 6032 · Legal Services | 378.00 |
| 6040 · Merchant Fees | 2,124.47 |
| 6042 · Office Supplies | 69.60 |
| 6044 · Maintenance | -6.51 |
| 6048 · Utilities | 1,494.72 |
| 6049 · Telephone Expense | 753.21 |
| 6052 · Rent | 24,428.02 |
| 6054 · Payroll Services | 161.58 |
| 6058 · Accounting Services | 175.00 |
| 6060 · Other Taxes | 93.86 |
| 6062 · Contract Labor | 1,018.50 |
| **Total Expense** | 42,245.34 |
| **Net Ordinary Income** | 1,789.72 |
| **Net Income** | 1,789.72 |

# Balance Sheet
## As of December 31, 2016

|  | Dec 31, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 · Checking Account | 25,972.36 |
| **Total Checking/Savings** | 25,972.36 |
| **Other Current Assets** | |
| 1101 · Inventory -Retail | 75,528.50 |
| **Total Other Current Assets** | 75,528.50 |
| **Total Current Assets** | 101,500.86 |
| **Fixed Assets** | |
| 1209 · Computers | 939.51 |
| 1210 · Accum Depr - Furniture & Fixt | -488.54 |
| **Total Fixed Assets** | 450.97 |
| **Other Assets** | |
| 1500 · Deposits | 5,727.58 |
| 1600 · Start up Costs | 11,333.42 |
| 1700 · Organizational Costs | 21,257.74 |
| 1701 · Accumulated Amortization | -5,250.79 |
| **Total Other Assets** | 33,067.95 |
| **TOTAL ASSETS** | 135,019.78 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 50,331.45 |
| **Total Accounts Payable** | 50,331.45 |
| **Other Current Liabilities** | |
| 25500 · Sales Tax Payable | 7,335.69 |
| 2610 · Layaway Deposits | 2,024.43 |
| 2710 · MATTRESS MART LIABILITY | -824.58 |
| **Total Other Current Liabilities** | 8,535.54 |
| **Total Current Liabilities** | 58,866.99 |
| **Long Term Liabilities** | |
| 2900 · Notes Payable - Ken Hoffman | 154,828.75 |
| 2901 · Note Payable-Huntington Bank | 77,897.12 |
| **Total Long Term Liabilities** | 232,725.87 |
| **Total Liabilities** | 291,592.86 |
| **Equity** | |
| 3010 · Capital Stock | 14,741.29 |
| 3200 · Retained Earnings | -193,743.51 |
| Net Income | 22,429.14 |
| **Total Equity** | -156,573.08 |
| **TOTAL LIABILITIES & EQUITY** | 135,019.78 |

### U.S. Trustee Small Business Monthly Operating Report

Case Name: _Midwest Quality Bedding Inc_   Date Filed: _____

Case Number: _15-57113_   SIC Code: _____

Month (or portion) covered by this report: _December, 2016_

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_Jerry S. Foot_                                    _1/9/2017_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY          DATE REPORT SIGNED

_JERRY S. FOOT — PRESIDENT_
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

**QUESTIONNAIRE:**

| | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | ☑ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☑ | ☐ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☑ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |

|  | Yes | No |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ☑ | ☐ |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?        ☐        ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME**   $103,978.84

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES**   102,189.12

*(Exhibit C)*

COST OF GOODS        $59,943.78
OPERATING EXPENSES    42,245.34    Small Business Monthly Operating Report        2

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)                    # 103,978.84

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)                  102,189.12

                    (Subtract The Total from Exhibit C from the Total of Exhibit B)

                              CASH PROFIT FOR THE MONTH    # 1,789.72

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE
THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE
THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN
THE DEBT IS DUE.

                                        TOTAL PAYABLES    0

                        *(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU
HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU
MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

                                      TOTAL RECEIVABLES    0

                        *(EXHIBIT E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE
AS OF THE DATE OF THIS FINANCIAL REPORT.

                        ATTACHED

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                    11

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?          3

## PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD?          0

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD?          0

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE?

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO **BANKRUPTCY** DURING THIS REPORTING PERIOD?          0

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO **BANKRUPTCY** SINCE THE FILING OF THE CASE?          16,575.00   TRUSTEE Fees

| | DATE | | | | | | | | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BALANCE BROUGHT FORWARD → | | 49,169 2 |
| | | | | | | | | | 49,759 2 |
| | 11/28 | Restonic | EST 590 | | | | ✓ | | |
| | 11/28 | Fees | | 540 | 35 | ✓ | | | 17,425 9 |
| | | | | | | | / | | 22,681 2 |
| | 11/29 | Payroll (93728,    956.81,    80.79) | | 5256 | 27 | ✓ | | | |
| | 11/29 | | | 256 | 85 | ✓ | | | 23,009 8 |
| 1002 | 11/29 | Time Warner | | 71 | — | ✓ | | | |
| 1003 | 11/29 | KITA | | 450 | — | ✓ | | | 23,489 0 |
| 1004 | 11/29 | Consign me | | 60 | 27 | ✓ | | | |
| | 11/29 | Fees | | | | | | | 11,870 6 |
| | | | | | | | | | |
| | 11/30 | Office Max | | 29 | 94 | ✓ | / | (10,653.60) | |
| | 12/1 | Mega Group | | 250 | — | ✓ | | | |
| | 12/1 | A-4 | | 336 | 21 | ✓ | | | 6420 5 |
| | | | | | | | | | 7175 5 |
| | 12/1 | Serta | | 755 | — | ✓ | | | 4342 6 |
| | | Fees | | 366 | 74 | ✓ | | | |
| | 12/2 | Interest on Equity Loan | | 51 | 67 | ✓ | | | |
| | 12/2 | | | | | | | | (274 8 |
| | 12/5 | Simmons | EST 4147 | 4237 | — | ✓ | | | |
| | 12/5 | Mantua | EST 2300 | 2823 | 06 | ✓ | | | |
| 1010 | 12/5 | Solstice | RST 2219 | 2173 | — | ✓ | | | |
| 1011 | 12/5 | Heritage | EST 860 | 860 | — | ✓ | / | | 15,390 |
| | 12/5 | Restonic | EST 3592 | 4166 | — | ✓ | | | 14,390 |
| 1008 | 12/5 | Enrique | | 1000 | — | ✓ | | | 14,680 8 |
| 1009 | 12/5 | Troy | | 200 | — | ✓ | | | 15,079 |
| 1010 | 12/5 | 51/51/51 | EST 399 | 399 | — | ✓ | | | 15,936 7 |
| | 12/5 | Refund - Andrews - 700126 | | 856 | 93 | ✓ | | | |
| | 12/5 | Fees | | 140 | 93 | ✓ | | | 5618 |
| | | | | | | | | | 10,838 |
| | 12/6 | Payroll (1021.21,    1560.36,    80.79) | | 5256 | 27 | ✓ | | | |

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | T | FEE (IF ANY) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | (22,087) |
| 1016 | 12/13 | Solstice | | 40 — | ✓ | | | (22,047) |
| | 12/13 | Surtro | Advance 2255 | 2175 — | ✓ | | | (24,222) |
| 1017 | 12/14 | Enrique | | 300 — | ✓ | | | |
| 1018 | 12/14 | Enrique | | 1930 — | ✓ | | | |
| | 12/13 | Fees | | 28 03 | ✓ | | | |
| | 12/13 | Deposit | | 193 54 | ✓ | | 7735 36 | (18,842) |
| 1019 | 12/14 | Columbia Gas | | | ✓ | | | |
| 1020 | 12/14 | Corp | | 40 — | | | | |
| 1021 | 12/14 | JC & Company | | 175 — | ✓ | | | |
| 1022 | 12/14 | Reynoldsburg Water | | 144 27 | ✓ | | | |
| 1023 | 12/14 | K's Newsstand | | 450 — | ✓ | | | |
| 1024 | 12/14 | Waste Mgt | | 343 18 | ✓ | | | |
| 1025 | 12/14 | AEP | | 264 14 | ✓ | | | (20,432) |
| | 12/14 | Fees | | 159 34 | ✓ | | | |
| | 12/14 | Deposit | | | ✓ | | 4774 18 | (15,817) |
| | 12/15 | PF Changs | | 38 50 | ✓ | | | |
| | 12/15 | Prior Month Fees | | 90 66 | ✓ | | | |
| | 12/15 | Fees | | 129 40 | ✓ | | | |
| | 12/15 | Hunting & Coon | | 1654 22 | ✓ | | | |
| | 12/15 | Deposit | | | ✓ | | 1825 34 | (17,282) |
| | 12/16 | Restonic - Taylor Samples | | 423 50 | ✓ | | | |
| | 12/16 | Restonic - Tuttle Samples | | 1155 — | ✓ | | | (18,861) |
| | 12/16 | Fees | | 54 61 | ✓ | | | |
| | 12/16 | Deposit | | | ✓ | | 2141 15 | (16,774) |
| 1027 | 12/19 | Carlos | | 370 — | ✓ | | | (17,144) |
| 1028 | 12/19 | Solstice | EST 1300 | 1305 — | ✓ | | | (18,449) |
| | 12/19 | Fees | | 114 22 | ✓ | | | |
| | 12/19 | Deposit | | | ✓ | | 5528 69 | (13,030) |
| | 12/19 | Restonic | EST 2003 | | | | | |
| | 12/19 | Restonic | EST 641 | | | | | (15,674) |

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT DEBT (-) | FEE (if any) | DEPOSIT CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | 15,674 |
| | 12/20 | Payroll (937.28, 956.81, 1027.27, 1560.37, 80.99) 683.35 | | 5256 27 | ✓ | | 20,930 |
| | 12/20 | Refund - RAUSCH - 700397 | | 200 — | ✓ | | |
| | 12/20 | Refund - CARTER - 700176 | | 267 05 | ✓ | | |
| | 12/20 | | | 810 — | ✓ | | 22210 |
| 7027 | 12/20 | Heritage | 9902.61 | 9891 13 | ✓ | | 32,188 |
| | 12/20 | SALES TAX | | | ✓ | | |
| | 12/20 | Fees | | 1 57 | ✓ | | |
| | 12/20 | Deposit | | | ✓ | 1469 83 | 30,644 |
| | 12/20 | | EST 256 | | ✓ | | 30,894 |
| | 12/21 | Simmons | EST 443 | | ✓ | | |
| 7035 | 12/21 | Solstice | | 443 — | ✓ | | |
| 7029 | 12/21 | Troy | | 200 — | ✓ | | 3 |
| | 12/21 | Speedway | | 48 73 | ✓ | | |
| | 12/21 | Fees | | 47 68 | ✓ | | |
| | 12/21 | Deposit | | | ✓ | 624 46 | 31,109 |
| | 12/22 | Refund - KLAUSMAN - 700346 | | 50 — | ✓ | | 31,059 |
| | 12/22 | Fees | | 14 23 | ✓ | | |
| | 12/22 | Deposit | | | ✓ | 1153 29 | 30,025 |
| | 12/23 | Fees | | 1 21 | ✓ | | |
| | 12/23 | Deposit | | | ✓ | 5588 96 | 24,438 |
| 7034 | 12/27 | Solstice | EST 1612 | 1616 — | ✓ | | |
| | 12/27 | Simmons | EST 1044 | 1044 — | ✓ | | |
| | 12/27 | FABRITECH | EST 215 | 223 94 | ✓ | | |
| | 12/27 | Heritage | EST 792 | | | | 28,101 |
| | 12/27 | Restonic | EST 7360 | | | | 35,461 |
| 7030 | 12/27 | AEP | | 207 67 | ✓ | | |
| 7031 | 12/27 | Troy | | 200 — | ✓ | | |
| 7032 | 12/27 | Brad Findlay | | 526 72 | ✓ | | |
| 7033 | 12/27 | Sergeant CHRIS Babbitt | | 378 — | | | |
| | 12/27 | | | 289 10 | ✓ | | 37,062 |
| 7034 | 12/27 | TIME WARNER | EST 365 | | | | 37,427 |
| | 12/27 | Heritage | EST 170 | | | | 37,597 |
| | 12/27 | Restonic | EST 170 | | | | |

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | T | FEE (IF ANY) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | 37,591 |
| | 12/27 | Restonic | Est 975 | | | | | 38,576 |
| | 12/27 | Fees | | 142 11 | ✓ | | | |
| | 12/27 | Deposit | | | ✓ | | 14,25 74 | 24,589 |
| | 12/28 | Refund ~ Bell ~ 700369 | | 200 — | ✓ | | | 24,789 0 |
| | 12/28 | Fees | | 11,3 10 | ✓ | | | |
| | 12/28 | Deposit | | | ✓ | | 3787 09 | 21,115 |
| 7036 | 12/29 | Enrique | | 1800 — | ✓ | | | 22,915 |
| 7037 | 12/29 | GSF | | 100 — | ✓ | | | 23,015 |
| | 12/29 | Fees | | 19 01 | ✓ | | | |
| | 12/29 | Deposit | | | ✓ | | 821 25 | 22,281 |
| 7038 | 12/30 | EAGLE | | 2000 — | ✓ | | | 24,281 |
| | 1/5 | MEGA Dues | | 250 — | ✓ | | | 24,536 |
| | 12/30 | Fees | | 29 35 | ✓ | | | 24,566 |
| | 12/30 | Deposit | | | ✓ | | 4375 49 | 20,190 |
| 7039 | 1/2 | November Taylor | | 11916 58 | ✓ | | | 32,107 |
| 7040 | 1/2 | City of Dublin | | 93 86 | ✓ | | | |
| 7041 | 1/2 | Tom Dunphy | | 125 — | | | | |
| 7042 | 1/2 | Gordon Flesch | | 47 30 | ✓ | | | |
| | 1/3 | Simmons | | 3753 | ✓ | | | 36,126 |
| | 1/3 | Soltine | Est 2071 | 2 | | | | 38,197 |
| | 1/3 | MADura | Est 550 | 492 96 | ✓ | | | 38,747 |
| | 1/3 | Restonic | Est 7231 | 7231 — | | | | 45,978 |
| | 1/3 | Solstin | Est 105 | | | | | 46,083 |
| 7043 | 1/3 | Troy | | 350 | ✓ | | | 46,433 |
| 7044 | 1/3 | Enrique | | 1280 | ✓ | | | 47,713 |
| | 1/3 | Fees | | 343 42 | ✓ | | | |
| | 1/3 | Interest on Equity Loan | | 50 — | ✓ | | | |
| | 1/3 | A.1 | | 336 21 | ✓ | | | |
| | 1/3 | Deposit | | | ✓ | | 31,591 37 | 16,856 |
| | 1/4 | Payroll (1760.97 2198.71 957.60 80.19 694.62 ) | | 5693 77 | ✓ | | | 22,550 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

 **Huntington**

MIDWEST QUALITY BEDDING INC
8400 INDUSTRIAL PKWY
PLAIN CITY OH 43064-9231

Have a Question or Concer~?

Stop by your nearest
Huntington office or
contact us at

1-800-480-200~

www.huntington.com
business resources

## Huntington Business Analyzed Checking

**Account:** ▓▓▓▓▓▓▓

| | |
|---|---|
| **Statement Activity From:** | |
| 12/01/16 to 12/31/16 | |
| Days in Statement Period | 31 |
| Average Ledger Balance* | 22,936.54 |
| Average Collected Balance* | 21,719.45 |
| * The above balances correspond to the service charge cycle for this account. | |

| | |
|---|---|
| **Beginning Balance** | **$25,888.46** |
| **Credits (+)** | 91,569.18 |
| Regular Deposits | 18,517.17 |
| Electronic Deposits | 73,052.01 |
| **Debits (−)** | **102,474.55** |
| Regular Checks Paid | 33,116.98 |
| Electronic Withdrawals | 47,020.49 |
| Service Charges | 90.66 |
| Other Debits | 22,246.42 |
| **Ending Balance** | **$14,983.09** |

**Coming Soon:** Save every day with the MasterCard Easy Savings Program. All you need to do is use your MasterCard Business Debit Card at participating merchants. For full terms & conditions visit www.easysavings.com.

## Deposits (+)

**Account** ▓▓▓▓▓▓

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 12/02 | 3,847.44 | 29 | Brch/ATM | 12/19 | 600.00 | 29 | Brch/ATM |
| 12/05 | 140.00 | | Brch/ATM | 12/19 | 524.49 | | Brch/ATM |
| 12/08 | 728.16 | 29 | Brch/ATM | 12/19 | 149.08 | 29 | Brch/ATM |
| 12/12 | 3,945.82 | | Brch/ATM | 12/23 | 1,489.69 | | Brch/ATM |
| 12/12 | 529.70 | | Brch/ATM | 12/27 | 3,538.18 | 29 | Brch/ATM |
| 12/15 | 84.92 | 89164253 | Brch/ATM | 12/27 | 1,039.29 | 29 | Brch/ATM |
| 12/16 | 63.28 | 29 | Brch/ATM | 12/30 | 1,782.16 | | Brch/ATM |
| 12/16 | 54.96 | 29 | Brch/ATM | | | | |

## Other Credits (+)

**Account:** ▓▓▓▓▓▓

| Date | Amount | Description |
|---|---|---|
| 12/01 | 2,832.84 | HUNT MERCH SVCS DEPOSIT 161201 218028601 00000 |
| 12/02 | 638.80 | HUNT MERCH SVCS DEPOSIT 161202 218028610 00000 |
| 12/05 | 3,987.73 | HUNT MERCH SVCS DEPOSIT 161204 218028601 00000 |
| 12/05 | 2,290.86 | HUNT MERCH SVCS DEPOSIT 161204 218028610 00000 |
| 12/05 | 2,007.03 | HUNT MERCH SVCS DEPOSIT 161205 218028601 00000 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ▣® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated.  ®2016 Huntington Bancshares Incorporated.

## Other Credits (+)

| Date | Amount | Description |
|------|--------|-------------|
| 12/05 | 1,373.81 | HUNT MERCH SVCS DEPOSIT 161203 218028601 00000 |
| 12/05 | 599.53 | HUNT MERCH SVCS DEPOSIT 161205 218028610 00000 |
| 12/06 | 264.30 | HUNT MERCH SVCS DEPOSIT 161206 218028610 00000 |
| 12/07 | 1,751.52 | HUNT MERCH SVCS DEPOSIT 161207 218028610 00000 |
| 12/08 | 1,893.29 | HUNT MERCH SVCS DEPOSIT 161208 218028601 00000 |
| 12/09 | 185.98 | HUNT MERCH SVCS DEPOSIT 161209 218028601 00000 |
| 12/12 | 3,342.37 | HUNT MERCH SVCS DEPOSIT 161211 218028601 00000 |
| 12/12 | 3,143.51 | HUNT MERCH SVCS DEPOSIT 161211 218028610 00000 |
| 12/12 | 1,768.55 | HUNT MERCH SVCS DEPOSIT 161210 218028610 00000 |
| 12/12 | 1,231.23 | HUNT MERCH SVCS DEPOSIT 161212 218028610 00000 |
| 12/12 | 1,015.88 | HUNT MERCH SVCS DEPOSIT 161212 218028601 00000 |
| 12/12 | 100.00 | HUNT MERCH SVCS DEPOSIT 161210 218028601 00000 |
| 12/13 | 4,495.36 | HUNT MERCH SVCS DEPOSIT 161213 218028610 00000 |
| 12/13 | 3,240.00 | HUNT MERCH SVCS DEPOSIT 161213 218028601 00000 |
| 12/14 | 4,692.67 | HUNT MERCH SVCS DEPOSIT 161214 218028601 00000 |
| 12/14 | 81.51 | HUNT MERCH SVCS DEPOSIT 161214 218028610 00000 |
| 12/15 | 1,740.42 | HUNT MERCH SVCS DEPOSIT 161215 218028610 00000 |
| 12/16 | 1,667.48 | HUNT MERCH SVCS DEPOSIT 161216 218028610 00000 |
| 12/16 | 355.43 | HUNT MERCH SVCS DEPOSIT 161216 218028601 00000 |
| 12/19 | 2,125.51 | HUNT MERCH SVCS DEPOSIT 161218 218028601 00000 |
| 12/19 | 1,134.71 | HUNT MERCH SVCS DEPOSIT 161219 218028601 00000 |
| 12/19 | 692.84 | HUNT MERCH SVCS DEPOSIT 161218 218028610 00000 |
| 12/19 | 202.06 | HUNT MERCH SVCS DEPOSIT 161217 218028610 00000 |
| 12/19 | 100.00 | HUNT MERCH SVCS DEPOSIT 161217 218028610 00000 |
| 12/20 | 1,469.83 | HUNT MERCH SVCS DEPOSIT 161220 218028610 00000 |
| 12/21 | 624.46 | HUNT MERCH SVCS DEPOSIT 161221 218028610 00000 |
| 12/22 | 609.53 | HUNT MERCH SVCS DEPOSIT 161222 218028601 00000 |
| 12/22 | 543.76 | HUNT MERCH SVCS DEPOSIT 161222 218028610 00000 |
| 12/23 | 2,569.88 | HUNT MERCH SVCS DEPOSIT 161223 218028601 00000 |
| 12/23 | 1,529.39 | HUNT MERCH SVCS DEPOSIT 161223 218028610 00000 |
| 12/27 | 4,024.03 | HUNT MERCH SVCS DEPOSIT 161224 218028601 00000 |
| 12/27 | 3,963.52 | HUNT MERCH SVCS DEPOSIT 161227 218028601 00000 |
| 12/27 | 1,240.36 | HUNT MERCH SVCS DEPOSIT 161227 218028610 00000 |
| 12/27 | 320.36 | HUNT MERCH SVCS DEPOSIT 161225 218028610 00000 |
| 12/28 | 2,768.56 | HUNT MERCH SVCS DEPOSIT 161228 218028601 00000 |
| 12/28 | 1,028.53 | HUNT MERCH SVCS DEPOSIT 161228 218028610 00000 |
| 12/29 | 821.25 | HUNT MERCH SVCS DEPOSIT 161229 218028601 00000 |
| 12/30 | 2,272.65 | HUNT MERCH SVCS DEPOSIT 161230 218028601 00000 |
| 12/30 | 320.68 | HUNT MERCH SVCS DEPOSIT 161230 218028610 00000 |



## Checks (-)

Account:

| Date | Amount | Check # | Date | Amount | Check # |
|------|--------|---------|------|--------|---------|
| 12/01 | 900.00 | 6995 | 12/16 | 144.27 | 7022 |
| 12/02 | 66.98 | 6998* | 12/19 | 450.00 | 7023 |
| 12/06 | 450.00 | 7001* | 12/19 | 343.18 | 7024 |
| 12/05 | 256.85 | 7002 | 12/20 | 264.14 | 7025 |
| 12/06 | 71.00 | 7003 | 12/19 | 370.00 | 7026 |
| 12/06 | 375.00 | 7007* | 12/21 | 300.00 | 7029* |
| 12/19 | 1,000.00 | 7008 | 12/29 | 200.00 | 7031* |
| 12/05 | 200.00 | 7009 | 12/30 | 1,800.00 | 7036* |
| 12/22 | 860.00 | 7011* | 12/30 | 100.00 | 7037 |
| 12/12 | 47.30 | 7012 | 12/30 | 2,000.00 | 7038 |
| 12/08 | 2,258.00 | 7013 | 12/06 | 1,027.27 | 10223* |
| 12/16 | 10,511.44 | 7014 | 12/06 | 956.81 | 10224 |
| 12/14 | 280.00 | 7015 | 12/08 | 693.76 | 10225 |
| 12/14 | 300.00 | 7017* | 12/06 | 937.28 | 10226 |
| 12/14 | 1,930.00 | 7018 | 12/20 | 1,027.27 | 10227 |
| 12/21 | 193.59 | 7019 | 12/20 | 956.81 | 10228 |
| 12/20 | 40.00 | 7020 | 12/21 | 693.75 | 10229 |
| 12/20 | 175.00 | 7021 | 12/20 | 937.28 | 10230 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)

Account:

| Date | Amount | Description |
|------|--------|-------------|
| 12/01 | 336.21 | COLUMBUS COMML LOAN 161130 8002169287 |
| 12/01 | 2,420.53 | PURCHASE MANTUA MFG CO 7900 NORTHFIELD RD WALTON OH 5347401890731962 |
| 12/01 | 250.00 | MEGA GROUP USA DUES DEC 2 3589 |
| 12/01 | 27.94 | PURCHASE OFFICEMAX/OFFIC 5780 BRITTON PKWY DUBLIN OH 5347401890731962 |
| 12/02 | 178.86 | HUNT MERCH SVCS INTERCHNG 161202 218028601 00000 |
| 12/02 | 54.85 | HUNT MERCH SVCS INTERCHNG 161202 218028610 00000 |
| 12/02 | 51.67 | COMMERCIAL LOAN DEBIT |
| 12/02 | 42.26 | HUNT MERCH SVCS DISCOUNT 161202 218028601 00000 |
| 12/02 | 35.42 | HUNT MERCH SVCS FEE 161202 218028601 00000 |
| 12/02 | 33.71 | HUNT MERCH SVCS FEE 161202 218028610 00000 |
| 12/02 | 7.50 | HUNT MERCH SVCS FINCL ADJ 161202 218028601 00000 |
| 12/02 | 7.50 | HUNT MERCH SVCS FINCL ADJ 161202 218028610 00000 |
| 12/02 | 6.64 | HUNT MERCH SVCS DISCOUNT 161202 218028610 00000 |
| 12/05 | 49.59 | HUNT MERCH SVCS INTERCHNG 161205 218028601 00000 |
| 12/05 | 45.80 | HUNT MERCH SVCS INTERCHNG 161205 218028610 00000 |
| 12/05 | 21.29 | HUNT MERCH SVCS INTERCHNG 161204 218028601 00000 |
| 12/05 | 12.06 | HUNT MERCH SVCS DISCOUNT 161205 218028601 00000 |
| 12/05 | 9.11 | HUNT MERCH SVCS DISCOUNT 161205 218028610 00000 |

## Other Debits (-)

Account: ▉▉▉▉▉▉▉

| Date | Amount | Description |
|------|--------|-------------|
| 12/05 | 0.89 | HUNT MERCH SVCS FEE  161203 218028601 00000 |
| 12/05 | 0.78 | HUNT MERCH SVCS FEE  161205 218028601 00000 |
| 12/05 | 0.60 | HUNT MERCH SVCS INTERCHNG  161203 218028610 00000 |
| 12/05 | 0.39 | HUNT MERCH SVCS FEE  161204 218028610 00000 |
| 12/05 | 0.22 | HUNT MERCH SVCS DISCOUNT  161203 218028610 00000 |
| 12/05 | 0.10 | HUNT MERCH SVCS INTERCHNG  161203 218028601 00000 |
| 12/05 | 0.10 | HUNT MERCH SVCS FEE  161203 218028610 00000 |
| 12/05 | 755.00 | PURCHASE SSB, LLC - GLEN  ONE CONCOURSE PKWY, N ATLANTA GA 5347401890731962 |
| 12/06 | 1,011.43 | HUNT MERCH SVCS CHARGEBACK  161206 218028610 00000 |
| 12/06 | 19.60 | HUNT MERCH SVCS INTERCHNG  161206 218028601 00000 |
| 12/06 | 10.36 | HUNT MERCH SVCS INTERCHNG  161206 218028610 00000 |
| 12/06 | 5.13 | HUNT MERCH SVCS DISCOUNT  161206 218028601 00000 |
| 12/06 | 2.73 | HUNT MERCH SVCS DISCOUNT  161206 218028610 00000 |
| 12/06 | 1.47 | HUNT MERCH SVCS FEE  161206 218028601 00000 |
| 12/06 | 1.03 | HUNT MERCH SVCS FEE  161206 218028610 00000 |
| 12/06 | 1,560.36 | PAYCHEX TPS TAXES  120516 69125800001255X |
| 12/07 | 25.49 | HUNT MERCH SVCS FEE  161207 218028610 00000 |
| 12/07 | 1.69 | HUNT MERCH SVCS INTERCHNG  161207 218028610 00000 |
| 12/07 | 0.88 | HUNT MERCH SVCS FEE  161207 218028601 00000 |
| 12/07 | 0.28 | HUNT MERCH SVCS DISCOUNT  161207 218028610 00000 |
| 12/07 | 0.03 | HUNT MERCH SVCS INTERCHNG  161207 218028601 00000 |
| 12/07 | 4,237.00 | PURCHASE SSB, LLC - BELO  ONE CONCOURSE PKWY, N ATLANTA GA 5347401890731962 |
| 12/07 | 2,994.00 | SOLSTICE SLEEP CORP COLL  120516 1043 |
| 12/07 | 117.78 | SPEEDWAY Pay SSA 161207 1001532959 |
| 12/07 | 80.79 | PAYCHEX EIB INVOICE  161207 X69135700020630 |
| 12/07 | 4.00 | SPEEDWAY Pay Speedp  161207 1001532959 |
| 12/08 | 34.91 | HUNT MERCH SVCS INTERCHNG  161208 218028610 00000 |
| 12/08 | 7.83 | HUNT MERCH SVCS DISCOUNT  161208 218028610 00000 |
| 12/08 | 0.88 | HUNT MERCH SVCS FEE  161208 218028610 00000 |
| 12/08 | 2,572.00 | SOLSTICE SLEEP CORP COLL  120716 1043 |
| 12/08 | 2,223.06 | PURCHASE MANTUA MFG CO  7900 NORTHFIELD RD WALTON OH 5347401890731962 |
| 12/09 | 21.40 | HUNT MERCH SVCS INTERCHNG  161209 218028601 00000 |
| 12/09 | 4.60 | HUNT MERCH SVCS DISCOUNT  161209 218028601 00000 |
| 12/09 | 0.79 | HUNT MERCH SVCS FEE  161209 218028610 00000 |
| 12/09 | 0.14 | HUNT MERCH SVCS INTERCHNG  161209 218028610 00000 |
| 12/12 | 63.42 | HUNT MERCH SVCS INTERCHNG  161212 218028601 00000 |
| 12/12 | 61.15 | HUNT MERCH SVCS INTERCHNG  161212 218028610 00000 |
| 12/12 | 27.88 | HUNT MERCH SVCS INTERCHNG  161211 218028610 00000 |
| 12/12 | 14.65 | HUNT MERCH SVCS DISCOUNT  161212 218028601 00000 |
| 12/12 | 6.85 | HUNT MERCH SVCS DISCOUNT  161211 218028610 00000 |
| 12/12 | 4.18 | HUNT MERCH SVCS DISCOUNT  161212 218028610 00000 |





*Other Debits (-)*

Account: ████████████

| Date | Amount | Description |
|------|--------|-------------|
| 12/12 | 1.77 | HUNT MERCH SVCS INTERCHNG  161210 218028601 00000 |
| 12/12 | 1.40 | HUNT MERCH SVCS DISCOUNT  161211 218028601 00000 |
| 12/12 | 1.37 | HUNT MERCH SVCS FEE  161210 218028601 00000 |
| 12/12 | 1.08 | HUNT MERCH SVCS FEE  161212 218028610 00000 |
| 12/12 | 0.82 | HUNT MERCH SVCS DISCOUNT  161210 218028610 00000 |
| 12/12 | 0.82 | HUNT MERCH SVCS INTERCHNG  161211 218028601 00000 |
| 12/12 | 0.69 | HUNT MERCH SVCS FEE  161211 218028601 00000 |
| 12/12 | 0.49 | HUNT MERCH SVCS FEE  161212 218028601 00000 |
| 12/12 | 2,275.00 | PURCHASE SSB, LLC - BELO   ONE CONCOURSE PKWY, N ATLANTA GA 5347401890731962 |
| 12/12 | 40.25 | FDGL LEASE PYMT 161212 052-1189330-000 |
| 12/12 | 34.94 | FDGL LEASE PYMT  161212 052-1189181-000 |
| 12/12 | 34.94 | FDGL LEASE PYMT 161212 052-1189240-000 |
| 12/12 | 34.94 | FDGL LEASE PYMT 161212 052-1189241-000 |
| 12/12 | 34.94 | FDGL LEASE PYMT 161212 052-1189242-000 |
| 12/12 | 34.94 | FDGL LEASE PYMT 161212 052-1189268-000 |
| 12/12 | 34.94 | FDGL LEASE PYMT  161212 052-1189298-000 |
| 12/12 | 34.94 | FDGL LEASE PYMT 161212 052-1189332-000 |
| 12/13 | 15.99 | HUNT MERCH SVCS INTERCHNG  161213 218028601 00000 |
| 12/13 | 2.79 | HUNT MERCH SVCS DISCOUNT  161213 218028601 00000 |
| 12/13 | 2.56 | HUNT MERCH SVCS DISCOUNT  161213 218028610 00000 |
| 12/13 | 1.31 | HUNT MERCH SVCS INTERCHNG  161213 218028610 00000 |
| 12/13 | 0.99 | HUNT MERCH SVCS FEE  161213 218028601 00000 |
| 12/13 | 0.88 | HUNT MERCH SVCS FEE  161213 218028610 00000 |
| 12/14 | 79.90 | HUNT MERCH SVCS INTERCHNG  161214 218028610 00000 |
| 12/14 | 49.35 | HUNT MERCH SVCS INTERCHNG  161214 218028601 00000 |
| 12/14 | 17.17 | HUNT MERCH SVCS DISCOUNT  161214 218028610 00000 |
| 12/14 | 11.06 | HUNT MERCH SVCS DISCOUNT  161214 218028601 00000 |
| 12/14 | 0.98 | HUNT MERCH SVCS FEE  161214 218028601 00000 |
| 12/14 | 0.88 | HUNT MERCH SVCS FEE  161214 218028610 00000 |
| 12/14 | 1,651.00 | PURCHASE SSB, LLC - BELO   ONE CONCOURSE PKWY, N ATLANTA GA 5347401890731962 |
| 12/15 | 1,654.22 | COLUMBUS COMML LOAN  161214 8002169287 |
| 12/15 | 104.92 | HUNT MERCH SVCS INTERCHNG  161215 218028601 00000 |
| 12/15 | 20.37 | HUNT MERCH SVCS DISCOUNT  161215 218028601 00000 |
| 12/15 | 1.65 | HUNT MERCH SVCS INTERCHNG  161215 218028610 00000 |
| 12/15 | 1.13 | HUNT MERCH SVCS FEE  161215 218028610 00000 |
| 12/15 | 0.98 | HUNT MERCH SVCS FEE  161215 218028601 00000 |
| 12/15 | 0.35 | HUNT MERCH SVCS DISCOUNT  161215 218028610 00000 |
| 12/15 | 90.66 | PRIOR MONTH'S SERVICE CHARGES |
| 12/15 | 2,838.22 | PURCHASE MANTUA MFG CO  7900 NORTHFIELD RD WALTON OH 5347401890731962 |
| 12/15 | 1,587.00 | SOLSTICE SLEEP CORP COLL  121416 1043 |
| 12/15 | 1,539.56 | PURCHASE MANTUA MFG CO  7900 NORTHFIELD RD WALTON OH 5347401890731962 |

## Other Debits (-)

Account: ▉▉▉▉▉▉▉▉▉▉

| Date | Amount | Description |
|------|--------|-------------|
| 12/15 | 416.00 | PURCHASE SSB, LLC - BELO  ONE CONCOURSE PKWY, N ATLANTA GA 5347401890731962 |
| 12/15 | 38.50 | PURCHASE PF CHANGS #9933  6135 PARKCENTER CIR DUBLIN OH 5347401890731962 |
| 12/16 | 31.15 | HUNT MERCH SVCS INTERCHNG  161216 218028601 00000 |
| 12/16 | 12.13 | HUNT MERCH SVCS FEE  161216 218028601 00000 |
| 12/16 | 7.55 | HUNT MERCH SVCS DISCOUNT  161216 218028601 00000 |
| 12/16 | 3.75 | HUNT MERCH SVCS FEE  161216 218028610 00000 |
| 12/16 | 0.03 | HUNT MERCH SVCS INTERCHNG  161216 218028610 00000 |
| 12/16 | 2,255.00 | PURCHASE SSB, LLC - GLEN  ONE CONCOURSE PKWY, N ATLANTA GA 5347401890731962 |
| 12/19 | 57.06 | HUNT MERCH SVCS INTERCHNG  161219 218028601 00000 |
| 12/19 | 20.33 | HUNT MERCH SVCS INTERCHNG  161217 218028610 00000 |
| 12/19 | 14.05 | HUNT MERCH SVCS INTERCHNG  161219 218028610 00000 |
| 12/19 | 5.12 | HUNT MERCH SVCS INTERCHNG  161218 218028601 00000 |
| 12/19 | 4.14 | HUNT MERCH SVCS DISCOUNT  161217 218028610 00000 |
| 12/19 | 3.01 | HUNT MERCH SVCS DISCOUNT  161219 218028610 00000 |
| 12/19 | 1.84 | HUNT MERCH SVCS INTERCHNG  161217 218028601 00000 |
| 12/19 | 1.42 | HUNT MERCH SVCS INTERCHNG  161218 218028610 00000 |
| 12/19 | 1.27 | HUNT MERCH SVCS DISCOUNT  161217 218028601 00000 |
| 12/19 | 1.22 | HUNT MERCH SVCS DISCOUNT  161218 218028601 00000 |
| 12/19 | 1.08 | HUNT MERCH SVCS FEE  161218 218028601 00000 |
| 12/19 | 1.08 | HUNT MERCH SVCS FEE  161218 218028610 00000 |
| 12/19 | 0.79 | HUNT MERCH SVCS FEE  161219 218028610 00000 |
| 12/19 | 0.49 | HUNT MERCH SVCS FEE  161217 218028601 00000 |
| 12/19 | 0.49 | HUNT MERCH SVCS FEE  161219 218028610 00000 |
| 12/19 | 0.45 | HUNT MERCH SVCS DISCOUNT  161218 218028610 00000 |
| 12/19 | 0.38 | HUNT MERCH SVCS DISCOUNT  161219 218028610 00000 |
| 12/20 | 0.88 | HUNT MERCH SVCS FEE  161220 218028601 00000 |
| 12/20 | 0.59 | HUNT MERCH SVCS FEE  161220 218028610 00000 |
| 12/20 | 0.07 | HUNT MERCH SVCS INTERCHNG  161220 218028610 00000 |
| 12/20 | 0.03 | HUNT MERCH SVCS INTERCHNG  161220 218028601 00000 |
| 12/20 | 1,560.37 | PAYCHEX TPS TAXES  121916 69325500002392X |
| 12/21 | 26.35 | HUNT MERCH SVCS INTERCHNG  161221 218028610 00000 |
| 12/21 | 17.05 | HUNT MERCH SVCS DEPOSIT  161221 218028601 00000 |
| 12/21 | 4.89 | HUNT MERCH SVCS DISCOUNT  161221 218028610 00000 |
| 12/21 | 0.39 | HUNT MERCH SVCS FEE  161221 218028610 00000 |
| 12/21 | 17,514.00 | Sleep Products ACH Collec  1460920 |
| 12/21 | 80.79 | PAYCHEX EIB INVOICE  161221 X89330700038263 |
| 12/21 | 44.73 | SPEEDWAY Pay SSA  161221 1001532959 |
| 12/21 | 4.00 | SPEEDWAY Pay Speedp  161221 1001532959 |
| 12/22 | 15.34 | HUNT MERCH SVCS INTERCHNG  161222 218028610 00000 |
| 12/22 | 2.71 | HUNT MERCH SVCS DISCOUNT  161222 218028610 00000 |
| 12/22 | 0.98 | HUNT MERCH SVCS FEE  161222 218028610 00000 |

03 04 000 1C N N N  EMT5 02 031 031    00155          006728                     8800



## Other Debits (-)

Account: ▨▨▨▨▨▨▨▨

| Date | Amount | Description |
|------|--------|-------------|
| 12/22 | 0.20 | HUNT MERCH SVCS DISCOUNT  161222 218028601 00000 |
| 12/23 | 0.78 | HUNT MERCH SVCS FEE  161223 218028601 00000 |
| 12/23 | 0.49 | HUNT MERCH SVCS FEE  161223 218028610 00000 |
| 12/23 | 0.03 | HUNT MERCH SVCS INTERCHNG  161223 218028610 00000 |
| 12/23 | 0.01 | HUNT MERCH SVCS DISCOUNT  161223 218028601 00000 |
| 12/23 | 250.00 | PURCHASE SSB, LLC - BELO   ONE CONCOURSE PKWY, N ATLANTA GA 5347401890731962 |
| 12/27 | 74.44 | HUNT MERCH SVCS INTERCHNG  161225 218028601 00000 |
| 12/27 | 25.13 | HUNT MERCH SVCS INTERCHNG  161224 218028601 00000 |
| 12/27 | 14.48 | HUNT MERCH SVCS DISCOUNT  161225 218028601 00000 |
| 12/27 | 8.31 | HUNT MERCH SVCS INTERCHNG  161224 218028610 00000 |
| 12/27 | 6.27 | HUNT MERCH SVCS INTERCHNG  161226 218028601 00000 |
| 12/27 | 5.55 | HUNT MERCH SVCS DISCOUNT  161224 218028601 00000 |
| 12/27 | 1.71 | HUNT MERCH SVCS DISCOUNT  161224 218028610 00000 |
| 12/27 | 1.48 | HUNT MERCH SVCS FEE  161226 218028601 00000 |
| 12/27 | 1.40 | HUNT MERCH SVCS DISCOUNT  161226 218028601 00000 |
| 12/27 | 0.98 | HUNT MERCH SVCS FEE  161225 218028601 00000 |
| 12/27 | 0.93 | HUNT MERCH SVCS FEE  161225 218028610 00000 |
| 12/27 | 0.59 | HUNT MERCH SVCS FEE  161227 218028601 00000 |
| 12/27 | 0.39 | HUNT MERCH SVCS FEE  161224 218028601 00000 |
| 12/27 | 0.39 | HUNT MERCH SVCS FEE  161224 218028610 00000 |
| 12/27 | 0.03 | HUNT MERCH SVCS INTERCHNG  161225 218028610 00000 |
| 12/27 | 0.03 | HUNT MERCH SVCS INTERCHNG  161227 218028601 00000 |
| 12/28 | 90.28 | HUNT MERCH SVCS INTERCHNG  161228 218028601 00000 |
| 12/28 | 13.29 | HUNT MERCH SVCS DISCOUNT  161228 218028601 00000 |
| 12/28 | 7.72 | HUNT MERCH SVCS INTERCHNG  161228 218028610 00000 |
| 12/28 | 1.96 | HUNT MERCH SVCS DISCOUNT  161228 218028610 00000 |
| 12/28 | 10,251.00 | Sleep Products ACH Collec  1472120 |
| 12/29 | 45.07 | HUNT MERCH SVCS INTERCHNG  161229 218028601 00000 |
| 12/29 | 17.00 | HUNT MERCH SVCS INTERCHNG  161229 218028610 00000 |
| 12/29 | 10.62 | HUNT MERCH SVCS DISCOUNT  161229 218028601 00000 |
| 12/29 | 4.46 | HUNT MERCH SVCS DISCOUNT  161229 218028610 00000 |
| 12/29 | 0.98 | HUNT MERCH SVCS FEE  161229 218028601 00000 |
| 12/29 | 0.88 | HUNT MERCH SVCS FEE  161229 218028610 00000 |
| 12/29 | 1,305.00 | SOLSTICE SLEEP CORP COLL  122716 1043 |
| 12/29 | 1,044.00 | PURCHASE SSB, LLC - BELO   ONE CONCOURSE PKWY, N ATLANTA GA 5347401890731962 |
| 12/29 | 223.94 | PURCHASE FABRICTECH  7700 EASTPORT PARKW 8007858563 NJ 5347401890731962 |
| 12/30 | 23.32 | HUNT MERCH SVCS INTERCHNG  161230 218028601 00000 |
| 12/30 | 4.53 | HUNT MERCH SVCS DISCOUNT  161230 218028601 00000 |
| 12/30 | 0.98 | HUNT MERCH SVCS FEE  161230 218028601 00000 |
| 12/30 | 0.49 | HUNT MERCH SVCS FEE  161230 218028610 00000 |
| 12/30 | 0.03 | HUNT MERCH SVCS INTERCHNG  161230 218028610 00000 |

*Account:* ████████

## Other Debits (-)

| Date | Amount | Description |
|------|--------|-------------|
| 12/30 | 2,059.00 | SOLSTICE SLEEP CORP COLL   122916 1043 |

*Account:* ████████

## Balance Activity

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/30 | 25,889.46 | 12/12 | 33,231.48 | 12/22 | 5,882.43 |
| 12/01 | 24,786.62 | 12/13 | 40,942.32 | 12/23 | 11,220.08 |
| 12/02 | 28,787.47 | 12/14 | 41,396.16 | 12/27 | 25,203.71 |
| 12/05 | 37,833.65 | 12/15 | 34,927.94 | 12/28 | 18,826.65 |
| 12/06 | 31,668.48 | 12/16 | 24,103.77 | 12/29 | 16,595.95 |
| 12/07 | 25,958.06 | 12/19 | 27,355.06 | 12/30 | 14,983.09 |
| 12/08 | 20,789.07 | 12/20 | 23,862.45 | | |
| 12/09 | 20,948.12 | 12/21 | 5,608.37 | | |



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).

   2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

   3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

████████   04 04 000 10 N N N   EMT5 02 031 031   00155     006728