**Nobile & Thompson Co., L.P.A**
4876 Cemetery Rd
Hilliard, OH 43026-3105

**EXHIBIT A**

Ph:614-529-8600     Fax:614-529-8656

Midwest Quality Bedding, Inc. dba Mattres
8400 Industrial Parkway
Plain City, Ohio
43064

September 13, 2017

**Attention:**

Client number     mqb
Inv #:            95462

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Nov-03-15 | Review of petition, filing of petition | 3:00 | 885.00 | MJT |
| Nov-04-15 | Preparation of applciation to employ Nobile & Thompson as atty for Debtor in Possession | 1:00 | 295.00 | MJT |
|  | Preparation of Moion for Use of Cash Collateral and to Provide Adequate PRotection | 2:00 | 590.00 | MJT |
|  | Preparation of motion for expedite hearing on mtn for use of cash collateral, mtn for payment of unpaid pre-petition commissions | 1:00 | 295.00 | MJT |
| Nov-06-15 | Meeting with Jerry Fogt re: motion to use cash collateral | 1:30 | 442.50 | MJT |
| Nov-13-15 | Hearing on motion to use cash collateral | 2:30 | 737.50 | MJT |
| Nov-14-15 | Phone conference with client re: cash collateral | 0:30 | 147.50 | MJT |
| Nov-19-15 | Preparation and filing motion to assume and/or reject leases/motion for expedited hearing | 1:30 | 442.50 | MJT |
| Nov-24-15 | Attendance at IDI meeting with US Trustee | 1:30 | 442.50 | MJT |
| Nov-25-15 | Conference call with Client/ review of documents for IDI | 1:00 | 295.00 | MJT |
| Dec-03-15 | Review of objection to motion to reject lease | 1:00 | 295.00 | MJT |
| Dec-06-15 | Confernce call with client re: 341 meeting | 0:30 | 147.50 | MJT |
| Dec-07-15 | Attendance at 341 meeting | 1:30 | 442.50 | MJT |

| Date | Description | Time | Amount | Atty |
|---|---|---|---|---|
| Dec-11-15 | Phone conference with atty for Creditor's Committee counsel re: cash collateral order and lien issue with HNB/Hoffman | 0:18 | 88.50 | MJT |
| Dec-16-15 | Phone conference with T. Robinosn re:: cash collateral | 0:45 | 221.25 | MJT |
|  | Phone conference with client re: cash collateral hearing | 1:00 | 295.00 | MJT |
| Dec-17-15 | Attendance at cash collateral hearing | 1:00 | 295.00 | MJT |
| Dec-18-15 | Prpearation of November 2015 operating report | 0:30 | 147.50 | MJT |
| Jan-06-16 | Review and revise final cash collateral order | 0:45 | 221.25 | MJT |
|  | Preparation of December 2015 operating report | 0:30 | 147.50 | MJT |
| Jan-29-16 | Meeting with client re: term sheet/plan | 1:30 | 442.50 | MJT |
|  | Teleconference with Tim Robinson re: plan term sheet | 0:06 | 29.50 | MJT |
| Feb-03-16 | Telephone conference with Tim Robinson re: term sheet | 0:30 | 147.50 | MJT |
| Feb-09-16 | Preparation of January 2016 operating report | 0:30 | 147.50 | MJT |
|  | Conference call with Ralph Dill and Tim Robinson re: leases/term sheet | 0:30 | 147.50 | MJT |
| Mar-04-16 | Meeting with client re: disclosure statement and plan | 1:30 | 442.50 | MJT |
| Mar-08-16 | Preparation of February 2016 operating report | 0:30 | 147.50 | MJT |
| Mar-25-16 | Meeting with client re: plan/term sheet and upcoming status conference | 1:30 | 442.50 | MJT |
| Mar-29-16 | Meeting with client re: plan/term sheet and upcoming status conference | 1:00 | 295.00 | MJT |
| Mar-31-16 | Telephone conference with Tim Robinson Patrick Burns re: status hearing and plan of reorganization | 0:30 | 147.50 | MJT |
| Apr-05-16 | Attend status conference | 1:00 | 295.00 | MJT |
| Apr-08-16 | Telephone conference Tim Robinson/Ralph DIll | 0:30 | 147.50 | MJT |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-18-16 | Teleconference with Tim Robinson Re; lease issues for Taylor Square and Tuttle Crossing | 0:18 | 88.50 | MJT |
| Apr-19-16 | Preparation of March 2016 operating report | 0:30 | 147.50 | MJT |
| Apr-20-16 | Review of stipulation as to fees with Tim Robinson | 0:18 | 88.50 | MJT |
| May-20-16 | Preparation of April 2016 operating report | 0:30 | 147.50 | MJT |
| Jun-03-16 | Meeting with client Re; Status hearing /disclosure statement/assumption of leases | 1:15 | 368.75 | MJT |
| Jun-08-16 | Meeting with client and Tim Robinson, attendance at staus conference | 2:00 | 590.00 | MJT |
|  | Preparation of May 2016 operating report | 0:30 | 147.50 | MJT |
| Jun-10-16 | Meeting with client re preparation of disclosure statement and plan.  BWC audit issues | 2:00 | 590.00 | MJT |
| Jul-19-16 | Phone conference with client re: plan and disclosure statement | 0:45 | 221.25 | MJT |
| Jul-20-16 | Preparation of June 2016 operating report | 0:30 | 147.50 | MJT |
| Aug-04-16 | Preparation of July 2016 operating report | 0:30 | 147.50 | MJT |
| Aug-12-16 | Meeting with client re: plan and disclosure statement | 1:45 | 516.25 | MJT |
| Aug-25-16 | Review and preparation of Ch. 11 plan and disclosure statement | 3:00 | 885.00 | MJT |
| Aug-26-16 | Review and preparation of Ch. 11 plan and disclosure statement | 3:30 | 1,032.50 | MJT |
| Aug-29-16 | Review and filing of Ch. 11 plan and disclosure statement | 2:00 | 590.00 | MJT |
| Sep-02-16 | Meeting with client re: plan and disclosure statement | 1:00 | 295.00 | MJT |
| Sep-08-16 | Preparation of August 2016 operating report | 0:30 | 147.50 | MJT |
| Oct-10-16 | Preparation of September 2016 operating report | 0:30 | 147.50 | MJT |
| Oct-12-16 | Review of Objection to disclosure statement filed by Unsecured Creditor's Committee | 0:45 | 221.25 | MJT |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
|  | Review of Objection to disclosure statement filed by U.S. Trustee | 0:30 | 147.50 | MJT |
| Oct-17-16 | meeting with client re: disclosure statment hearing of 10/18/2016 and filing amended statement and plan | 1:30 | 442.50 | MJT |
| Nov-02-16 | Meeting client re: status of business/disclosure statement | 1:30 | 442.50 | MJT |
| Nov-15-16 | Meeting with client re: review of amended plan and diosclosure statement | 2:00 | 590.00 | MJT |
| Nov-18-16 | Preparation of operating report October 2016 | 0:30 | 147.50 | MJT |
| Dec-14-16 | Preparation of operating report November 2016 | 0:30 | 147.50 | MJT |
| Dec-22-16 | Meeting with client as to status of business/ tax returns. disclosure statement objections plan review and claims review | 2:30 | 737.50 | MJT |
| Jan-10-17 | Preparation of December 2016 operating report | 0:30 | 147.50 | MJT |
| Jan-19-17 | Review and preparation of amended disclosure statement | 3:00 | 885.00 | MJT |
| Jan-23-17 | Preparation and review of amended disclosure statement | 3:30 | 1,032.50 | MJT |
| Jan-24-17 | Preparation and filing of First Amended Disclure Statement and Plan | 2:00 | 590.00 | MJT |
|  | Meeting with client re: amended disclosure statement and plan | 1:30 | 442.50 | MJT |
| Jan-25-17 | Preparation and filing of amended schedules E-F | 0:30 | 147.50 | MJT |
| Jan-27-17 | Preparation and filing of motion extending confirmation deadline | 0:45 | 221.25 | MJT |
| Feb-02-17 | Noticing all Creditors and Parties in Interest of Motion to Extend Confirmation Deadline | 1:30 | 142.50 | PT |
| Feb-13-17 | Teleconference with Tim Robinson/Unsecured Creditor's Committee re; Amended disclosure statement and Plan | 0:30 | 147.50 | MJT |
|  | Review and preparation of Second amended disclosure statement and Plan | 2:30 | 737.50 | MJT |
| Feb-15-17 | Review and filing of Second | 1:30 | 442.50 | MJT |

| | | | | |
|---|---|---|---|---|
| | amended disclosure statement (redline) and Ch. 11 plan (redline) | | | |
| | Meeting with client re: status of business and second amended disclosure statment and plan | 1:30 | 442.50 | MJT |
| | Noticed all creditors of Order Setting Hearing on Approval of Disclosure Statement | 1:00 | 95.00 | PT |
| Feb-27-17 | Preparation of January 2017 operating report | 0:30 | 147.50 | MJT |
| Mar-14-17 | Phone conference with client as to status of business | 0:30 | 147.50 | MJT |
| Mar-15-17 | Meeting with client as to status of business and options including conversion to chapter 7 | 2:00 | 590.00 | MJT |
| | Preparation of withdrawal of plan disclosure statement | 0:45 | 221.25 | MJT |
| Mar-16-17 | Preparation of February 2017 operating report | 0:30 | 147.50 | MJT |
| | Preparation and filing of Motion to Convert to Chapter 7 | 1:30 | 442.50 | MJT |
| | Totals | 90:00 | $26,050.00 | |

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| | Filing Fee | | 46.00 |
| Nov-06-15 | Postage Expense | | 56.43 |
| Nov-18-15 | Postage Expense | | 65.19 |
| Nov-25-15 | Postage Expense | | 76.98 |
| Sep-12-16 | Postage Expense | | 43.46 |
| Jan-25-17 | Postage Expense | | 9.24 |
| Feb-02-17 | Postage Expense | | 45.56 |
| Feb-15-17 | Postage Expense | | 44.88 |
| Mar-16-17 | Postage Expense | | 73.92 |
| | Totals | | $461.66 |

**Total Fee & Disbursements**  $26,511.66

**Balance Now Due**  $26,511.66